IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-257-D

| | |
|---|---|
| WILLIE COLLINS, individually and on behalf of all other similarly situated persons, and LARRY EDGERTON, individually and on behalf of all other similarly situated persons, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )     **ORDER** |
| COVENANT TRUCKING COMPANY, JOE N. JONES, WENDY JONES, and CARLTON JONES, | )<br>)<br>)<br>) |
| Defendants. | ) |

In light of the second amended answer [D.E. 31], plaintiffs' second motion to strike amended answer [D.E. 25] is DISMISSED as moot.

SO ORDERED. This 26 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge